UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 2:10-cr-33
 HON. R. ALLAN EDGAR

DAVID RYAN LEMON,

    Defendant.
_____/

## **ORDER**

Defendant David Ryan Lemon moves to suppress statements he made to law enforcement officers after he was arrested and given *Miranda* warnings. [Court Doc. No. 20]. On March 22, 2011, Magistrate Judge Timothy P. Greeley submitted his report and recommendation. [Court Doc. No. 26]. It is recommended that the defendant's motion to suppress be denied. Defendant Lemon has not timely filed any objections to the report and recommendation.

After reviewing the record *de novo*, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the defendant's motion to suppress evidence [Court Doc. No. 20] is **DENIED**.

SO ORDERED.

Date: April 6, 2011.

                       */s/ R. Allan Edgar*
                       R. ALLAN EDGAR
                 UNITED STATES DISTRICT JUDGE