UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

v.                                             Case No. 2:10-cr-33
                                                  HON. PAUL L. MALONEY

DAVID RYAN LEMON,

               Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on May 25, 2017, for an initial appearance on a Petition for Warrant for Offender Under Supervision (ECF #90). Defendant was uncertain about what medications he is prescribed and when he last took them. The Court ordered the probation department to submit a report as soon as possible regarding what medications are prescribed and when the defendant last took them.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                      /s/ Timothy P. Greeley
                                                      TIMOTHY P. GREELEY
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: May 25, 2017